**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br><br>TANEAL RASCHAE<br>SUTHERLAND,<br><br>          Defendant. | **CR-24-21-GF-BMM**<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and

Recommendations in this matter on June 23, 2026. (Doc. 49.)

When a party makes no objections, the Court need not review *de novo* the

proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-

52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v.*

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on June 23, 2026 and June

11, 2026.  (Docs. 38 and 47.)  The government accused Taneal Sutherland

(Sutherland) of violating the conditions of her supervised release by: (1)

consuming alcohol on May 1, 2026; (2) engaging in gambling on May 1, 2026; (3) admitting on May 4, 2026, to engaging in an ongoing relationship with Danielle Blackdog, a convicted felon, without the permission of her probation officer; and (4) continuously committing alcohol between May 1, 2026, and May 3, 2026; by: (5) failing to comply with substance abuse testing on May 20, 2026; and (6) admitting to using methamphetamine on May 20, 2026; by: (7) providing a dilute urinalysis test on May 26, 2026; and (8) consuming alcohol on June 4, 2026; and by: (9) communicating with Danielle Blackdog, a convicted felon, on June 9 and June 10, 2026, without the permission of her probation officer. (Docs. 37, 44 and 46.)

At the revocation hearings, Sutherland admitted that she had violated conditions 1-9 as set forth in the Second Amended Petition. Judge Johnston advised Sutherland of her right to appeal and to allocute before the undersigned. (Doc. 47.)

Judge Johnston found that the violations Sutherland admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 5 months, with 31 months of supervised release to follow. During the first sixty days of supervised release, Sutherland shall be placed in a secure in-patient substance abuse treatment facility. Upon completion of substance abuse treatment, Sutherland shall be placed in a residential re-entry center for a period of up to 180 days at the

direction of her probation officer.  (Doc. 47.) The Court finds no clear error in Judge

Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and

Recommendations (Doc. 47 ) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Taneal Sutherland be sentenced to 5 months, with 31 months of

supervised release to follow. During the first sixty days of supervised release,

Sutherland shall be placed in a secure in-patient substance abuse treatment facility.

Upon completion of substance abuse treatment, Sutherland shall be placed in a

residential re-entry center for a period of up to 180 days at the direction of her

probation officer.

DATED this 9th day of July 2026.

_____

Brian Morris, Chief District Judge
United States District Court